**Brijido G. PROVENCIO et al. v. BANNER MINING CO.**

No. 3677.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1948.

Graham & Scheunemann and Max D. Melville, all of Denver, Colo., for appellants.

H. A. Kiker, of Santa Fe, N. M., and H. Vearle Payne, of Lordsburg, N. M., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motions of appellee for failure diligently to prosecute the same.

**Brijido G. PROVENCIO et al. v. PERU MINING COMPANY.**

**Brijido G. PROVENCIO et al. v. BLACK HAWK CONSOLIDATED MINES COMPANY.**

**Brijido G. PROVENCIO et al. v. EMPIRE ZINC COMPANY.**

**Brijido G. PROVENCIO et al. v. NEW MEXICO CONSOLIDATED MINING COMPANY.**

**Brijido G. PROVENCIO et al. v. UNITED STATES SMELTING REFINING AND MINING COMPANY.**

**Brijido G. PROVENCIO et al. v. KENNECOTT COPPER CORPORATION.**

Nos. 3678–3683.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1948.

Graham & Scheunemann and Max D. Melville, all of Denver, Colo., for appellants.

Woodbury & Shantz, of Silver City, N. M., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motions of appellees for failure diligently to prosecute the same.

**Brijido G. PROVENCIO et al. v. PHELPS DODGE CORPORATION.**

No. 3697.

Circuit Court of Appeals, Tenth Circuit.

April 23, 1948.

Graham & Scheunemann, of Denver, Colo., for appellants.

G. W. Robertson, of Raton, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed April 23, 1948, on motion of appellee for failure diligently to prosecute the same.